AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |  |
|---|---|---|
| Patterson et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03972 (RRM-JO) |
| City of New York et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James A. Patterson and Serina Patterson, Individually and as Parents and Natural Guardians for Blessen
Patterson and Julius Patterson

Date:  _____08/28/2020_____

_____
*Attorney's signature*

_____Gail Gray, Esq._____Bar No. 2119931__
*Printed name and bar number*

One Penn Plaza, 26th floor
New York NY 10119
*Address*

gail.gray@gmail.com
*E-mail address*

(212) 786-7495
*Telephone number*

(212) 786-7317
*FAX number*